Cite as 2026 Ark. 70

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2026 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** April 16, 2026 |

**PER CURIAM**

The final deadline for attorneys to pay the 2026 annual attorney-license fee was April 15, 2026. As required by Rule VII(C)(9) of the Rules Governing Admission to the Bar, the clerk of this court has prepared a list of all suspended attorneys, which is attached to this per curiam. The list is divided into three categories. Category 1 consists of those attorneys who were automatically suspended on April 16, 2026, by operation of Rule VII(C)(1) and (8) for failure to pay the annual fee and who remain suspended as of the issuance of this per curiam. Category 2 consists of those attorneys who were automatically suspended on April 16, 2026, for failure to pay the fee but have since become current and reinstated to their pre-suspension status. We caution that placement in Category 2 is proof of good standing only as to payment of license fees. Category 3 consists of those attorneys who have remained suspended for more than three consecutive years for failure to pay annual license fees and whose licenses were deemed surrendered as of April 16, 2026, per Rule VII(C)(17). An attorney listed in either Category 1 or 3 shall not practice law in this state unless he or she has been (1) reinstated pursuant to Rule VII(C)(16)–(17) & (D) or (2) exempted during a stay of the suspension as provided in Rule VII(C)(15).

# Category 1
## Suspended- License Status
## Nonpayment of License Fee and Penalties

**Bar number**: 2021062

Patricia Allen
Houston, TX

**Bar number**: 2021056

Brittney Archie
Baytown, TX

**Bar number**: 91053

Michael Balsbaugh
Overland Park, KS

**Bar number**: 78014

John Beason
Jonesboro, AR

**Bar number**: 98169

Martha Beltrani
St. Louis, MO

**Bar number**: 2012020

Don Berry
Dallas, TX

**Bar number**: 81018

Andrew Blood
Little Rock, AR

**Bar number**: 93121

Lara Bowles
Little Rock, AR

**Bar number**: 90153

Gerald Brantley
Austin, TX

**Bar number**: 84155

Susan Allen
Russellville, AR

**Bar number**: 2023116

Natori Arrindell
Raleigh, NC

**Bar number**: 78009

Don Barnes
Little Rock, AR

**Bar number**: 82012

Steven Beck
Little Rock, AR

**Bar number**: 99020

Patrick Benca
North Little Rock, AR

**Bar number**: 85010

Kendell Black
Germantown, TN

**Bar number**: 2014172

Mason Boling
Oceanside, CA

**Bar number**: 98099

Lloyd Bowman
Rogers, AR

**Bar number**: 98086

Allison Brewer Thurman
Madison, MS

**Bar number**: 81003

Alfred Angulo
Fayetteville, AR

**Bar number**: 87008

Brenda Austin
Fayetteville, AR

**Bar number**: 92040

Michael Battle
Fort Worth, TX

**Bar number**: 2020039

Jeffrey Bell
Maud, TX

**Bar number**: 81015

Joe Benson
Elkins, AR

**Bar number**: 2014239

Chevera Blakemore
Desoto, TX

**Bar number**: 90095

Martin Bowen
Lolo, MT

**Bar number**: 2022088

Donna Branch
West Memphis, AR

**Bar number**: 2016082

John Brogden
Las Vegas, NV

## Category 1
## Suspended- License Status
## Nonpayment of License Fee and Penalties

**Bar number**: 2021016

Christian Brown
Weatherford, TX

**Bar number**: 77017

Gregory Brown
Mercer Island, WA

**Bar number**: 84016

S. Whittington Brown
Little Rock, AR

**Bar number**: 88075

Barry Bryant
Texarkana, AR

**Bar number**: 2009051

Dana Bryant
Cabot, AR

**Bar number**: 2017218

Verity Cameron
Irving, TX

**Bar number**: 2006264

Heather Campbell
Little Rock, AR

**Bar number**: 2009032

Matthew Campbell
Little Rock, AR

**Bar number**: 94234

Brent Capehart
Ottawa, ON

**Bar number**: 94226

Janet Carney Croom
Fort Pierce, FL

**Bar number**: 2009217

Elizabeth Carr
Lafayette, LA

**Bar number**: 2009169

Michael Carr
Tulsa, OK

**Bar number**: 81031

Michael Chase
Bentonville, AR

**Bar number**: 2013035

Adam Childers
North Little Rock, AR

**Bar number**: 2009076

Vickie Cochran
Center Ridge, AR

**Bar number**: 2003101

John Coker
Houston, TX

**Bar number**: 2014258

Derrell Coleman
Dallas, TX

**Bar number**: 2020088

Michael Collis
Pittsburgh, PA

**Bar number**: 85188

Carl Cone
Statesboro, GA

**Bar number**: 83041

John Cone
Benton, AR

**Bar number**: 84005

Michalene Connealy
Blytheville, AR

**Bar number**: 2009096

David Cook
Memphis, TN

**Bar number**: 2022268

Neil Cooley
Oklahoma City, OK

**Bar number**: 80174

Michelle Core
Greenwood, AR

**Bar number**: 2018205

John Cortes
Little Rock, AR

**Bar number**: 87041

Douglas Coy
Paragould, AR

**Bar number**: 2007103

Jasmine Crockett
Dallas, TX

# Category 1
## Suspended- License Status
## Nonpayment of License Fee and Penalties

**Bar number**: 82045

Rita Cunningham
Little Rock, AR

**Bar number**: 82046

Scott Daniel
Omaha, NE

**Bar number**: 99016

Forchisha Davis
St. Charles, MO

**Bar number**: 2008137

Michael Dement
Dallas, TX

**Bar number**: 83051

Charles Dirden
Little Rock, AR

**Bar number**: 81186

Robert Dougherty
Tyler, TX

**Bar number**: 82059

Paul Eaton
Paris, AR

**Bar number**: 83061

Kathryn Eisenkramer
Hot Springs, AR

**Bar number**: 92069

William Faith
Huntsville, AL

**Bar number**: 2007039

Betty Czeschin
Mountain Home, AR

**Bar number**: 2011116

Richard Daniels
Houston, TX

**Bar number**: 2001244

Lamar Davis
North Little Rock, AR

**Bar number**: 2006222

Alison Dennington
Melbourne Beach, FL

**Bar number**: 2017241

Derek Dodderer
Garland, Texas

**Bar number**: 2011109

Fred Dunsing
Denver, CO

**Bar number**: 2012055

Kimberly Eden
Fayetteville, AR

**Bar number**: 89150

Monte Estes
Little Rock, AR

**Bar number**: 2014066

B. Ashton Fallin
Thomaston, GA

**Bar number**: 92273

Susan Daggett
Denver, CO

**Bar number**: 2021069

Brian Daugherty
Wrightsville, AR

**Bar number**: 2002191

Michael DeKruif
Woodland Hills, CA

**Bar number**: 2016023

Amanda Denton
Washington, DC

**Bar number**: 87050

Ronald Dooms
Washington, DC

**Bar number**: 83203

Catherine Eagles
Greensboro, NC

**Bar number**: 2008088

Jimmy Edwards
Miami, FL

**Bar number**: 2012019

Donald Eudaly
Searcy, AR

**Bar number**: 2007174

Joel Farthing
Fayetteville, AR

# Category 1
## Suspended- License Status
## Nonpayment of License Fee and Penalties

**Bar number**: 2015221

Johnathan Faught
Lowell, AR

**Bar number**: 2018092

Alexandra Fernandez
San Francisco, CA

**Bar number**: 91073

Stephen Fisher
Prairie Grove, AR

**Bar number**: 83065

Kathryn Fitzhugh
Little Rock, AR

**Bar number**: 2007314

Michael Flannery
Little Rock, AR

**Bar number**: 2020275

Shane Fletcher
Jenks, OK

**Bar number**: 2024045

Darren Florin
Omaha, NE

**Bar number**: 97081

James Ford
Webb City, MO

**Bar number**: 2020118

Margaret Foster
Bella Vista, AR

**Bar number**: 2007021

Jason Fox
Dallas, TX

**Bar number**: 2007261

Jennifer Frank
Brentwood, TN

**Bar number**: 2013105

Stephanie Friedman
Jacksonville, AR

**Bar number**: 2020090

Adam Funk
Houston, TX

**Bar number**: 93056

Carolyn Gai
San Leandro, CA

**Bar number**: 2000003

Kenneth Gallant
Sequim, WA

**Bar number**: 2010282

Toby Gammill
Jackson, MS

**Bar number**: 2020040

Terry Garrett
Norman, OK

**Bar number**: 90198

Marcie Gibson
Little Rock, AR

**Bar number**: 87066

Sherry Gilbertson
Fayetteville, AR

**Bar number**: 90224

Betsy Gillaspy
Redmond, WA

**Bar number**: 90007

Scot Goldsholl
Little Rock, AR

**Bar number**: 81192

Stephen Good
Dallas, TX

**Bar number**: 2007114

Deborah Gore
Woodstock, GA

**Bar number**: 88101

O. Emerson Gover
Sherwood, AR

**Bar number**: 85195

Darryl Graves
Lawrence, KS

**Bar number**: 92018

John Greenhaw
Fayetteville, AR

**Bar number**: 2022033

Garrett Grellner
Springfield, MO

## Category 1
## Suspended- License Status
## Nonpayment of License Fee and Penalties

**Bar number**: 2013284

J. Mark Griffee
Memphis, TN

**Bar number**: 90023

Adam Harkey
Little Rock, AR

**Bar number**: 82196

Col. Joseph Heimann
Highland, IL

**Bar number**: 2020295

Jacob Hill
Texarkana, TX

**Bar number**: 2021022

Kathryn Hogan
Louisville, KY

**Bar number**: 80188

Alma Houston
Canton, OH

**Bar number**: 2018033

Bradley Jakel
Brea, CA

**Bar number**: 2002044

Suanne Jeffus
Stephens, AR

**Bar number**: 2013104

Jeffrey Johnson
Houston, TX

**Bar number**: 2010070

Susan Hammond
Huntsville, AL

**Bar number**: 2004177

Cynthia Haseloff
Springdale, AR

**Bar number**: 2023008

Patrick Hester
Fayetteville, AR

**Bar number**: 96110

Clayton Hodges
McKinney, TX

**Bar number**: 2023038

Angelina Hollingsworth
Roseburg, OR

**Bar number**: 95034

Eric Hughes
Arkadelphia, AR

**Bar number**: 76055

Leon Jamison
Pine Bluff, AR

**Bar number**: 76170

Susan Jelen
Plano, TX

**Bar number**: 2022091

Andrew Jones
Overland Park, KS

**Bar number**: 2004007

Joel Hargis
Jonesboro, AR

**Bar number**: 2010209

Jeremy Hays
Sorrento, FL

**Bar number**: 79086

Derek Hickam
Hot Springs National Park, AR

**Bar number**: 2021238

Matthew Hoffman
Edmonds, WA

**Bar number**: 81196

Charles Hooker
Lacombe, LA

**Bar number**: 2005142

Maxine Isaacs
Greensboro, NC

**Bar number**: 92120

Joseph Jaynes
Searcy, AR

**Bar number**: 2005165

Bonnie Johnson
Little Rock, AR

**Bar number**: 76058

Berlin Jones
Pine Bluff, AR

**Category 1**
**Suspended- License Status**
**Nonpayment of License Fee and Penalties**

**Bar number**: 2018017

Martha Jones
Little Rock, AR

**Bar number**: 86097

Thomas Jones
Little Rock, AR

**Bar number**: 2014224

Tori Jones
Little Rock, AR

**Bar number**: 2020067

Victoria Jones
Memphis, TN

**Bar number**: 2015030

Robert Kalinke
McKinney, TX

**Bar number**: 76061

David Kaufman
Little Rock, AR

**Bar number**: 2010089

Kevin Kelley
Dallas, TX

**Bar number**: 2010251

Nicholas Kelley
Little Rock, AR

**Bar number**: 2007298

Sarah Kent
Columbia, MO

**Bar number**: 2016110

James Kerley
Memphis, TN

**Bar number**: 2021129

Harper Kiefer
Little Rock, AR

**Bar number**: 2015255

Angela Kinley
Atlanta, GA

**Bar number**: 88125

Patrick Kirby
Little Rock, AR

**Bar number**: 84088

Lois Kline
Las Vegas, NV

**Bar number**: 2018193

Benjamin Knuckles
Saint Louis, MO

**Bar number**: 88127

William Kropp
Fort Smith, AR

**Bar number**: 2015025

Fred Krutz
Jackson, MS

**Bar number**: 2012190

Chin Kuay
Orlando, FL

**Bar number**: 2011179

Clinton Lancaster
Benton, AR

**Bar number**: 2023068

Colton Langford
Texarkana, TX

**Bar number**: 2008014

Keith Langley
Southlake, TX

**Bar number**: 88131

Benjamin Lipscomb
Stuttgart, AR

**Bar number**: 2007245

Gregory Little
Tulsa, OK

**Bar number**: 97243

Donald Lohman
Saint Louis, MO

**Bar number**: 98193

Melanie Long
Fayetteville, AR

**Bar number**: 85092

S. Randolph Looney
Little Rock, AR

**Bar number**: 2013055

Maxfield Marquardt
Santa Monica, CA

# Category 1
## Suspended- License Status
## Nonpayment of License Fee and Penalties

**Bar number**: 2014023

James Marshall
Little Rock, AR

**Bar number**: 77086

John May
Prairie Grove, AR

**Bar number**: 89182

Robert McDonald
Little Rock, AR

**Bar number**: 2018063

Brian McQuiston
Houston, TX

**Bar number**: 2008096

Matthew Mentgen
Little Rock, AR

**Bar number**: 2012021

Austin Morgan
Austin, TX

**Bar number**: 91091

Shirley Mueller
Louisville, KY

**Bar number**: 2009093

James Mulroy
Memphis, TN

**Bar number**: 2023199

Rachel Nattin
Little Rock, AR

**Bar number**: 2013292

Stuart Mathews
Little Rock, AR

**Bar number**: 2023111

William McBeath
Jackson, MS

**Bar number**: 2005272

Michael McGhee
Frisco, TX

**Bar number**: 81117

Charles Meadows
Little Rock, AR

**Bar number**: 80116

Mary Middleton
North Little Rock, AR

**Bar number**: 95281

Leann Morrissey
Clayton, MO

**Bar number**: 2000068

Michael Mullane
Annapolis, MD

**Bar number**: 88145

Mitzi Murray
West Monroe, LA

**Bar number**: 2010121

Stephan Nazarian
Washington, DC

**Bar number**: 2012025

Michael Matteuzzi
Overland Park, KS

**Bar number**: 88056

Pace McConkie
Annapolis, MD

**Bar number**: 78110

William McKimm
Mount Ida, AR

**Bar number**: 2010092

Wayne Mehlin
San Francsico, CA

**Bar number**: 80101

Danny Miller
Mena, AR

**Bar number**: 2003216

Carmen Mosley-Sims
Little Rock, AR

**Bar number**: 2022015

Patricia Mullins
Kansas City, MO

**Bar number**: 2007118

Jody Nathan
Tulsa, OK

**Bar number**: 80106

Curtis Nebben
Fayetteville, AR

# Category 1
## Suspended- License Status
## Nonpayment of License Fee and Penalties

**Bar number**: 77095

Charles Nestrud
Little Rock, AR

**Bar number**: 2010230

Ashley Norman
Rogers, AR

**Bar number**: 2013266

Joshua Ogle
Los Angeles, CA

**Bar number**: 2022001

Aisosa Osaretin
Minneapolis, MN

**Bar number**: 2012303

Michael Pacewicz
Tulsa, OK

**Bar number**: 2019028

Stephanie Patton
Somerville, TN

**Bar number**: 2024017

Daniel Perez
San Antonio, TX

**Bar number**: 76095

Priscilla Pope
Riverside, CA

**Bar number**: 84125

David Prewett
Russellville, AR

**Bar number**: 2017247

Khuong Nguyen
Midland, MI

**Bar number**: 83136

Phillip Norvell
Fayetteville, AR

**Bar number**: 83139

Kenneth Olsen
Bryant, AR

**Bar number**: 80109

Ray Owen
Hot Springs, AR

**Bar number**: 2000007

Claudia Parks-Miller
Roland, AR

**Bar number**: 82122

James Pedigo
Mountain Home, AR

**Bar number**: 93232

Bruce Phillips
Nashville, TN

**Bar number**: 2015214

Debra Poulin
Santa Fe, NM

**Bar number**: 2015141

Carmen Pruitt
Little Rock, AR

**Bar number**: 2009209

Lindsey Noe
Bella Vista, AR

**Bar number**: 2019137

Sandi O'Brien
Glendive, MT

**Bar number**: 2003198

Kelly Olson
Little Rock, AR

**Bar number**: 2021246

Nichole Pace
North Little Rock, AR

**Bar number**: 2013125

Gary Pate
Houston, TX

**Bar number**: 2013281

Ronald Peresich
Biloxi, MS

**Bar number**: 2016203

Rachel Pisors
Neillsville, WI

**Bar number**: 2022279

Ashley Pratt
Atlanta, GA

**Bar number**: 2014087

Emily Quan
Beachwood, OH

# Category 1
## Suspended- License Status
### Nonpayment of License Fee and Penalties

**Bar number**: 2011087

William Raper
Little Rock, AR

**Bar number**: 90059

Roger Rasico
Mayflower, AR

**Bar number**: 87140

David Rawls
Little Rock, AR

**Bar number**: 2016026

Megan Ray
Springfield, MO

**Bar number**: 2001032

Jason Reed
Little Rock, AR

**Bar number**: 2020027

Rebecca Reed
Scott City, MO

**Bar number**: 2008119

Lucas Regnier
Fayetteville, AR

**Bar number**: 95195

Linda Reid
Port Washington, WI

**Bar number**: 2018060

John Richards
New Orleans, LA

**Bar number**: 2009245

Adrianna Rios
Hot Springs National Park, AR

**Bar number**: 2024094

Corbin Robinson
Saint Louis, MO

**Bar number**: 2007201

Nicholas Rogers
North Little Rock, AR

**Bar number**: 2019024

Philard Rounds
Tulsa, OK

**Bar number**: 90124

Robert Russell
Falls Church, VA

**Bar number**: 2010201

Drew Sadler
Bentonville, AR

**Bar number**: 2007163

Rejena Saulsberry
Little Rock, AR

**Bar number**: 2009153

William Saxton
Birmingham, AL

**Bar number**: 2010068

Joan Saylor
Plano, TX

**Bar number**: 2005072

Billy Scott
Camden, AR

**Bar number**: 88161

Frances Scroggins
Searcy, AR

**Bar number**: 2023247

Benjamin Sender
Cypress, TX

**Bar number**: 2023246

Jordan Sender
Cypress, TX

**Bar number**: 2020260

Michael Sheeter
Sachse, TX

**Bar number**: 2015240

Kayla Shirey
Little Rock, AR

**Bar number**: 2001061

Hugh Showalter
Rogers, AR

**Bar number**: 2021104

Lauren Smart
Bentonville, AR

**Bar number**: 80136

Timothy Smith
Fort Smith, AR

**Category 1**
**Suspended- License Status**
**Nonpayment of License Fee and Penalties**

**Bar number**: 2014221

Jonathan Smolarz
Texarkana, TX

**Bar number**: 2018084

Jeffrey Sonnabend
New York, NY

**Bar number**: 82213

Sandy Sottilare
Vero Beach, FL

**Bar number**: 2013030

Maximillan Sprinkle
Pine Bluff, AR

**Bar number**: 95054

Jody Stanage
Malvern, AR

**Bar number**: 2019058

Asher Steinberg
Little Rock, AR

**Bar number**: 77182

Karen Stitsworth
Rush City, MN

**Bar number**: 85155

George Stone
Jasper, AR

**Bar number**: 2003190

Grace Stramiello
Barrington, NJ

**Bar number**: 88169

John Stratford
Little Rock, AR

**Bar number**: 2019086

Haley Sullivan
Springfield, MO

**Bar number**: 2006102

Robert Summers
Louisville, KY

**Bar number**: 77130

William Swain
Atkins, AR

**Bar number**: 2004059

Anna Taylor
Washington, DC

**Bar number**: 83231

Darrell Taylor
MC Lean, VA

**Bar number**: 76125

Darryl Taylor
Hot Springs National Park, AR

**Bar number**: 90051

Floyd Taylor
Monticello, AR

**Bar number**: 2024058

Marisa Thames
Little Rock, AR

**Bar number**: 2019030

Andrew Thomas
Royse City, TX

**Bar number**: 77133

Alfred Thompson
Batesville, AR

**Bar number**: 74146

Winfred Thompson
Conway, AR

**Bar number**: 76130

David Throesch
Pocahontas, AR

**Bar number**: 89088

John Tidwell
New Boston, TX

**Bar number**: 75127

John Tisdale
Little Rock, AR

**Bar number**: 2011032

Christopher Tolleson
Conway, AR

**Bar number**: 89015

Alice Totsch
The Villages, FL

**Bar number**: 2021124

Emily Towe
Little Rock, AR

**Category 1**
**Suspended- License Status**
**Nonpayment of License Fee and Penalties**

**Bar number**: 2020193

Timothy Tucker
Wynne, AR

**Bar number**: 93089

Shawn Twing
Amarillo, TX

**Bar number**: 84151

Gary Udouj
Fort Smith, AR

**Bar number**: 96052

J. F. Valley
Helena-West Helena, AR

**Bar number**: 82163

David Van Bebber
Springdale, AR

**Bar number**: 2020283

Richard Vaughan
West Palm Beach, FL

**Bar number**: 78156

Joan Vehik
Little Rock, AR

**Bar number**: 2009127

Samantha Vernetti
Bentonville, AR

**Bar number**: 2024092

Taylor Wallner
Oklahoma City, OK

**Bar number**: 2007293

Mason Wann
Prairie Village, KS

**Bar number**: 2024246

Alicia Warner
Silver Spring, MD

**Bar number**: 2013004

Justin Wear
Nashville, TN

**Bar number**: 88013

Gary Weeks
Fayetteville, AR

**Bar number**: 85100

Elizabeth Weinstein
Little Rock, AR

**Bar number**: 2008159

Aileen Wiede
Muskego, WI

**Bar number**: 2006258

Alisha Williams
Russellville, AR

**Bar number**: 2009256

Derrick Williams
Washington, DC

**Bar number**: 2006233

Alisha Willis
Farmington, AR

**Bar number**: 2004008

Robert Wills
Conway, AR

**Bar number**: 2021290

David Wilson
Lampasas, TX

**Bar number**: 99071

Sherry Wilson
Enid, OK

**Bar number**: 2010274

Chad Wood
North Little Rock, AR

**Bar number**: 2016225

Joe Woodward
Little Rock, AR

**Bar number**: 2018023

Michael Yarbrough
Longview, TX

**Bar number**: 2001077

Wayne Young
Fayetteville, AR

**Total Attorneys: 295**

**Category 2**

**Returned to Paid Status Since the April 16, 2026 Suspension**

**Total Attorneys: 0**

# Category 3
## License Deemed Surrendered for Nonpayment of License Fee and Penalties for More than Three Consecutive Years

**Bar number**: 96003

Gregory Barnard
Norman, OK

**Bar number**: 2016077

Andrew Firth
Reno, NV

**Bar number**: 2020280

Katherine Harris
Oklahoma City, OK

**Bar number**: 80075

Patricia Julian
North Little Rock, AR

**Bar number**: 2009089

Jennifer Kiper
Kansas City, MO

**Bar number**: 84102

Hiram McBeth
Pine Bluff, AR

**Bar number**: 2010145

Lesley Morgan
Tacoma, WA

**Bar number**: 96058

Ann Richardson
Berryville, AR

**Bar number**: 2001016

John Snell
Quarryville, PA

**Bar number**: 2019243

D. Carroll
Russellville, AR

**Bar number**: 2019059

Thomas Griffin
Oklahoma City, OK

**Bar number**: 2013080

Thomas Hesselbein
Kutztown, PA

**Bar number**: 74091

Joseph Kilpatrick
Little Rock, AR

**Bar number**: 2008074

Michael Lawyer
Memphis, TN

**Bar number**: 76178

Austin McCaskill
Little Rock, AR

**Bar number**: 2022087

Jeffrey Reel
Bentonville, AR

**Bar number**: 89225

Jerry Richardson
Tulsa, OK

**Bar number**: 99063

Scott Strain
Durham, NC

**Bar number**: 2006009

Ernest Cochran
Texarkana, TX

**Bar number**: 86074

Henry Gschwend
Jonesboro, AR

**Bar number**: 2002134

Luwalhati Johnson
Dallas, TX

**Bar number**: 89093

Kerry Kilpatrick
Monroe, LA

**Bar number**: 77085

Nancy Mahler
Little Rock, AR

**Bar number**: 2006026

Mickey Moon
Houston, TX

**Bar number**: 2015208

April Rheaume
Everett, WA

**Bar number**: 78134

Gregory Robinson
Pine Bluff, AR

**Bar number**: 88172

Jonathan Taylor
Washington, DC

## Category 3
### License Deemed Surrendered for Nonpayment of License Fee and Penalties
### for More than Three Consecutive Years

**Bar number**: 2010267

Rachel Warnick
Little Rock, AR

**Bar number**: 2009002

Clay White
Tyler, TX

**Total Attorneys: 29**